```
               UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF FLORIDA
                     PANAMA CITY DIVISION
```

IN RE:                                    CASE NO.
                                          11-50467-PCY5
WANDA S. HERRINGTON                       CHAPTER 13

_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FCI NATIONAL FUND II, LLC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 438911 in the amount of 1,808.84 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s Leigh D. Hart or
                              /  William J. Miller, Jr.
                              /s OFFICE OF THE CHAPTER 13
                              /  TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| WANDA S. HERRINGTON | FCI NATIONAL FUND II, LLC |
| 3801 PEANUT RD., LOT G | 8180 E. KAISER BLVD. |
| COTTONDALE, FL 32431 | ANAHEIM, CA 92808 |

AND

SCOTT T. MANION, ESQ.
LEGAL SERVICES OF NORTH FLA.
121 NORTH JACKSON STREET
QUINCY, FL 32351

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
7/30/2012 12:44 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTE
```